**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Nikki Gardner-Trammel and Jeremy Gardner,
Defendants,

Of whom Jeremy Gardner is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2016-001783

Appeal From Greenville County
Gwendlyne Y. Jones, Family Court Judge

Unpublished Opinion No. 2017-UP-063
Submitted January 19, 2017 – Filed January 26, 2017

**AFFIRMED**

Vernon Bailey Atkins, III, of Atkins Law Firm, P.A., of Greenville, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Robert A. Clark, of Greenville, for the Guardian ad Litem.

_____

**PER CURIAM:**  Jeremy Gardner appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2016).  Upon a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Gardner's counsel.

**AFFIRMED.**[1]

**WILLIAMS, THOMAS, and GEATHERS, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.